UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

JOHN FLYNN, SR., LEONA FLYNN, JOSEPH SHEEHAN, M.D., JOHN FLYNN, JR., ELAINE FLYNN, FOX ROCK LLC, ANNA LIVIA LLC., THE BLOOMSDAY TRUST (C/O LEWIS F. CRIPPEN (Trustee), BLACKROCK MEDICAL CORPORATION, HAYTONVALE PROPERTIES LIMITED, HAYTONVALE DEVELOPMENTS LIMITED, MOUNTVILLE DEVELOPMENTS LIMITED, LAKEBRIDGE LIMITED, NESCO LIMITED, PAMERETTE LIMITED, INDUSTRIAL YARNS LIMITED, BENRAY LIMITED AND TREFON LIMITED, COOLBROOK DEVELOPMENTS LIMITED, ARUBA PROPERTIES LIMITED, KILBERRY LIMITED, TIBANY PROPERTIES LIMITED, BLUECROWN LIMITED, KOMADY & MICHAEL O'REILLY TRADING AS BELGARD RETAIL PARK LIMITED, STONEWOOD DEVELOPMENTS, MALLIA PROPERTIES LIMITED, ISLAND ASSOCIATES LIMITED, PIZZARO DEVELOPMENTS LIMITED, FUSANO PROPERTIES LIMITED, AND BELLPARK DEVELOPMENTS LIMITED,

               Plainitiffs,
               -against-

IRISH BANK RESOLUTION CORPORATION (f/k/a/ ANGLO IRISH BANK CORPORATION PLC), NATIONAL ASSET MANAGEMENT AGENCY, SUCCESSORS TO ANGLO IRISH BANK CORPORATION LIMITED, TIARNAN O'MAHONEY, ARTHUR MICHAEL ROYAL AYNSLEY, KPMG, LLP, and BRENDAN MCDONAGH

               Defendants.

---------------------------------x

13 CV 3882 (NRB)

ORDER FOR ADMISSION
PRO HAC VICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/23/2013

The motion of John K. Villa, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia (Bar No. 220392) and Michigan (Bar No. P23428/Inactive); and that his contact information is as follows:

> John K. Villa
> Williams & Connolly LLP
> 725 12th Street, N.W.
> Washington, D.C. 20005
> (Tel) 202-434-5117; (Fax) 202-434-5029
> jvilla@wc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant KPMG, LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 22, 2013

_____
United States District / Magistrate Judge