UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

JOHN FLYNN, SR., LEONA FLYNN,
JOSEPH SHEEHAN, M.D., JOHN FLYNN,
JR., ELAINE FLYNN, FOX ROCK LLC,
ANNA LIVIA LLC., THE BLOOMSDAY
TRUST (C/O LEWIS F. CRIPPEN
(Trustee), BLACKROCK MEDICAL
CORPORATION,
HAYTONVALE PROPERTIES LIMITED,
HAYTONVALE DEVELOPMENTS
LIMITED, MOUNTVILLE
DEVELOPMENTS LIMITED,
LAKEBRIDGE LIMITED, NESCO
LIMITED, PAMERETTE LIMITED,
INDUSTRIAL YARNS LIMITED,
BENRAY LIMITED AND TREFON
LIMITED, COOLBROOK
DEVELOPMENTS LIMITED, ARUBA
PROPERTIES LIMITED, KILBERRY
LIMITED, TIBANY PROPERTIES
LIMITED, BLUECROWN LIMITED,
KOMADY & MICHAEL O'REILLY
TRADING AS BELGARD RETAIL PARK
LIMITED, STONEWOOD
DEVELOPMENTS, MALLIA
PROPERTIES LIMITED, ISLAND
ASSOCIATES LIMITED, PIZZARO
DEVELOPMENTS LIMITED, FUSANO
PROPERTIES LIMITED, AND
BELLPARK DEVELOPMENTS LIMITED,

                Plainitiffs,
                -against-

IRISH BANK RESOLUTION
CORPORATION (f/k/a/ ANGLO IRISH
BANK CORPORATION PLC), NATIONAL
ASSET MANAGEMENT AGENCY,
SUCCESSORS TO ANGLO IRISH BANK
CORPORATION LIMITED, TIARNAN
O'MAHONEY, ARTHUR MICHAEL
ROYAL AYNSLEY, KPMG, LLP, and
BRENDAN MCDONAGH

                Defendants.

---------------------------------------x

13 CV 3882 (NRB)

**ORDER FOR ADMISSION
PRO HAC VICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/23/2013

The motion of William P. Ashworth, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Texas (Bar No. 24036156) and the District of Columbia (Bar No. 487719); and that his contact information is as follows:

> William P. Ashworth
> Williams & Connolly LLP
> 725 12th Street, N.W.
> Washington, D.C. 20005
> (Tel) 202-434-5683
> (Fax) 202-434-5029
> washworth@wc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant KPMG, LLP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 22, 2013

United States District / Magistrate Judge