09/25/2013 WED 14:15 FAX 202 434 5029        WILLIAMS & CONNOLLY LLP                          ☑002

# MEMO ENDORSED                                                            MEMO ENDORSED

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WILLIAM ASHWORTH
(202) 434-5683
washworth@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 25, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/26/2013

**VIA FACSIMILE AND FEDERAL EXPRESS**

Hon. Naomi Reice Buchwald
United States District Court Judge
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
SEP 25 2013
UNITED STATES COURT JUDGE

Re:    Flynn, et al. v. Irish Bank Resolution Corp., et al., C.A. No. 13-cv-3882 (NRB)

Dear Judge Buchwald:

    I write on behalf of KPMG LLP ("KPMG US") regarding the pre-motion teleconference in the above-referenced matter currently scheduled for September 26, 2013, at 4:00 PM. As noted in my letter of September 4, 2013, we previously requested that the teleconference be postponed until after a hearing scheduled for September 20, 2013 in the Chapter 15 bankruptcy proceeding filed by Defendant Irish Bank Resolution Corporation ("IBRC") in the United States Bankruptcy Court for the District of Delaware, so that the parties could update the Court on developments resulting from that hearing. On September 24, IBRC informed this Court that the Bankruptcy Court has entered a stay of this litigation. *See* Notice of Commencement of Chapter 15 Proceeding and Stay of Litigation (Dkt. No. 16). In light of this development, the parties jointly request that the Court cancel tomorrow's teleconference. The parties have agreed to notify the Court when the stay is lifted so that steps can be taken at that time to determine how best to proceed. Thank you for your consideration of this matter.

Sincerely,

William Ashworth

So ordered.
[signature]
9/25/13

09/25/2013 WED 14:15 FAX 202 434 5029        WILLIAMS & CONNOLLY LLP                    ☒003

WILLIAMS & CONNOLLY LLP

Hon. Naomi Reice Buchwald
September 25, 2013
Page 2

cc:  Leonard Zack, Esq.
     Richard Beran, Esq.
     Paul Hessler, Esq.