UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN FLYNN, SR. et al.,<br><br>                              Plaintiff,<br><br>          v.<br><br>IRISH BANK RESOLUTION<br>CORPORATION et al.,<br><br>                              Defendants. | Civ. Action No. 13 Civ. 3882 (LAK)<br><br>NOTICE OF APPEARANCE<br><br>ECF Case |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant KPMG LLP.  I certify that I am admitted to practice in this Court.

Dated:  July 24, 2014

>                                   Respectfully submitted,
>
>                                     /s/ Steven M. Cady
>                                   Steven M. Cady
>                                   WILLIAMS & CONNOLLY LLP
>                                   725 12th Street N.W.
>                                   Washington, D.C. 20005
>                                   Tel.: (202) 434-5000
>                                   Fax: (202) 434-5029
>                                   scady@wc.com
>
>                                   *Counsel for KPMG LLP*