

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JOHN FLYNN, SR., et al.

                Plaintiffs,

vs.

IRISH BANK RESOLUTION CORPORATION, et al.

                Defendants.

No. 13 Civ. 3882 (LAK)

ECF CASE

## NOTICE AND [PROPOSED] ORDER OF WITHDRAWAL OF AUSTIN R. EVERS, ESQ.

PLEASE TAKE NOTICE that Austin R. Evers, Esquire, an attorney of record for KPMG LLP in the above-captioned matter, is departing the employment of Williams & Connolly LLP and therefore withdraws as counsel for Defendant KPMG LLP.  Williams & Connolly shall continue to represent KPMG LLP in this matter.  Pursuant to Local Civil Rule 1.4, KPMG LLP respectfully requests that the Court enter an order effecting Mr. Evers' withdrawal.

Dated: July 24, 2014            Respectfully submitted,

                                **WILLIAMS & CONNOLLY LLP**

                                By: _____
                                     Austin R. Evers

                                725 Twelfth Street, N.W.
                                Washington, D.C. 20005
                                Tel: (202) 434-5000
                                Fax: (202) 434-5029

                                *Counsel for Defendant KPMG LLP*

**SO ORDERED:**

Date: _____July 24____, 2014        _____
                                     Hon. Lewis A. Kaplan
                                     United States District Judge


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2014, a true copy of the foregoing Notice of Withdrawal of Appearance for Austin R. Evers, was sent via email to the Clerk of the Court to be filed on the CM/ECF system, which will send notification of such filing to all parties and counsel in this case.

_____
A. EVERS